**Jessie J. JOHNSON, Appellant,**

v.

**Harvey YATES, Appellee.**

No. 06–1847.

United States Court of Appeals, Eighth Circuit.

Submitted: March 27, 2007.

Filed: March 28, 2007.

Jessie J. Johnson, West Helena, AR, pro se.

Ka Tina Rena Hodge, Attorney General's Office, argued, Little Rock, AR, for Appellee.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jessie Johnson appeals the district court's[1] dismissal of his complaint against Harvey Yates, a judge in the Circuit Court of Phillips County, Arkansas. Johnson alleged that Judge Yates knew that a defendant in Johnson's state-court lawsuit was lying to the court at a hearing, but failed to hold the defendant in contempt of court. We agree with the district court that Judge Yates was protected by absolute judicial immunity. See *Mireles v. Waco*, 502 U.S. 9, 11, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam).

Accordingly, we affirm the dismissal. *See* 8th Cir. R. 47B.

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.